**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-3726

_____

| | | |
|---|---|---|
| Ini Watson, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Capital Region Medical Center; | * | Western District of Missouri. |
| Ken Belt; Carla Hahn; Rita Stitsel, | * | |
| | * | [UNPUBLISHED] |
| Appellees. | * | |

_____

Submitted: April 23, 1998

Filed: April 28, 1998

_____

Before FAGG, BEAM, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Ini Watson appeals the district court's[1] grant of summary judgment to one defendant and the dismissal of three others in her action brought under Title VII, 42 U.S.C. §§ 2000e-2000e-17. After a careful review of the record and the parties' submissions on appeal, we conclude the district court was correct and an extended

_____

[1]The Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

discussion is unnecessary.  Accordingly, we affirm the judgment of the district court.
<u>See</u> 8th Cir. R. 47B.


A true copy.


Attest:


CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.